IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-10323
Summary Calendar
_____

ROBERT LEE BROWN,

Plaintiff-Appellant,

versus

BRIAN K. CLENDENNEN;
JAIME QUINTANILLA;
THOMAS B. DOHERTY,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 1:96-CV-367-BA
- - - - - - - - - -
October 24, 1997

Before KING, HIGGINBOTHAM, and DAVIS, Circuit Judges.

PER CURIAM:*

Robert Lee Brown, Texas prisoner # 637904, appeals the dismissal of his section 1983 claim on grounds of failure to state a claim. We AFFIRM.

Brown has not alleged "'a chronology of events from which retaliation may plausibly be inferred.'" Woods v. Smith, 60 F.3d 1161, 1166 (5th Cir. 1995), cert. denied, 116 S. Ct. 800 (1996),(quoting Cain v. Lane, 857 F.2d 1139, 1143 n.6 (7th Cir.

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1988). Other than his conclusory allegations, Brown presents no facts indicating a retaliatory animus for Doherty's search of his cell or the disciplinary proceeding against him. Bald assertions of retaliation are not enough to support a section 1983 claim. Id.

Brown is not entitled to relief relative to the dismissal of his claims against appellees Clendennen and Quintanilla because he has not adverted to them in his briefs. See Grant v. Cuellar, 59 F.3d 523, 524-25 (5th Cir. 1995).

The judgment of the district court is AFFIRMED.